1  WALTER & WILHELM LAW GROUP  (SPACE BELOW FOR FILING STAMP ONLY)
   a Professional Corporation
2  Riley C. Walter #91839
   Tracy E. Blair #199107
3  205 East River Park Circle, Ste. 410
   Fresno, CA 93720
4  Telephone:   (559) 435-9800
   Facsimile:    (559) 435-9868
5  E-mail:    rileywalter@W2LG.com

6  Attorneys for Defendant, SIERRA KINGS HEALTH CARE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.* SCOTT H.M. DRISCOLL, M.D. and SCOTT H.M. DRISCOLL, M.D., individually and personally,<br><br>  Plaintiffs<br><br>v.<br><br>TODD SPENCER M.D. MEDICAL GROUP, INC., TODD SPENCER, M.D., MADERA COMMUNITY HOSPITAL, SIERRA KINGS DISTRICT HOSPITAL, and DOES 1 through 100, Inclusive,<br><br>  Defendants. | CASE NO.  1:11 cv 01776 LJO SMS<br><br>**ORDER OF DISMISSAL OF DEFENDANT SIERRA KINGS DISTRICT HOSPITAL**<br><br>Judge:  Hon. Lawrence J. O'Neill |
|---|---|

This Court DISMISSES without prejudice defendant SIERRA KINGS HEALTH CARE DISTRICT ("SKHCD") from this action pursuant to Federal Rules of Civil procedure, Rule 41(a)(2).  This Court DENIES as moot SKHCD's motion to dismiss and

1    DIRECTS the clerk to term doc. 35 and not to close this action.

IT IS SO ORDERED.

Dated:   **July 2, 2013**                              **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE