DANIEL ROBERT BARTLEY, CA Bar No. 79586
BARTLEY LAW OFFICES
4040 Civic Center Drive, Suite 200
San Rafael, CA  94903-4184
Telephone 415 898-4741  Fax 415 898-4841
E-mail DanielBartleyLaw@aol.com

Attorneys for Scott Driscoll, M.D., Relator

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.* SCOTT H.M. DRISCOLL, M.D. and SCOTT H.M. DRISCOLL, M.D., individually and personally,<br><br>          Plaintiffs,<br><br>vs.<br><br>TODD SPENCER M.D. MEDICAL GROUP, INC., TODD SPENCER, M.D., MADERA COMMUNITY HOSPITAL, and DOES 1 through 100, Inclusive,<br><br>          Defendants. | Case No. 1:11-CV-01776  LJO  SMS<br><br>**ORDER GRANTING RELATOR'S REQUEST TO SEAL FIRST AMENDED COMPLAINT WITH DEMAND FOR JURY TRIAL**<br><br>Local Rule 141 |

     Via the Court's "Order on Motion to Dismiss" entered July 5, 2013, the Court granted Relator leave to file an amended complaint on or before July 29, 2013.

     Pursuant to request of Relator, pursuant to Local Rule 141, pursuant to the seal provisions of the Federal False Claims Act (31 U.S.C. § 3730(b)(2)) and the California False Claims Act (Cal. Gov C. § 12652(c)(2), respectively, and pursuant to request communicated to Relator's counsel by the United States Department of Justice;

\\\

-2-

IT IS HEREBY ORDERED that Relator's "First Amended Complaint with Demand for Jury Trial" be filed under seal for a period of sixty (60) days from July 29, 2013, and that the sole persons permitted access during the period of the seal be the offices of the United States Department of Justice and the California Attorney General, respectively.

IT IS FURTHER ORDERED that once each Defendant is notified that the subject First Amended Complaint has been unsealed, such Defendant shall have twenty-one (21) days in which to file a responsive pleading.

Dated:  July 29, 2013                            DANIEL R. BARTLEY
                                                 BARTLEY LAW OFFICES

                                                 ATTORNEYS FOR RELATOR
                                                 SCOTT H. M. DRISCOLL, M.D.

                                                 *s/Daniel Robert Bartley*
                                         By:     _____
                                                 Daniel Robert Bartley


IT IS SO ORDERED.

**Dated:   July 31, 2013**                          /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE