FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT H.M. DRISCOLL, M.D. Realtor ex rel. United States of America and State of California, <br><br>            Plaintiff-Appellant, <br><br> and <br><br> UNITED STATES OF AMERICA and STATE OF CALIFORNIA, <br><br>            Plaintiffs, <br><br> v. <br><br> TODD SPENCER M.D. MEDICAL GROUP, INC.; et al., <br><br>            Defendants-Appellees. | No.   13-17624 <br><br> D.C. No. 1:11-cv-01776-LJO-SMS Eastern District of California, Fresno <br><br> ORDER |

Before: GRABER and TALLMAN, Circuit Judges, and RAKOFF,[*] District Judge.

Appellees' joint motion for continuance of oral argument is DENIED. However, the panel unanimously finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on July 20, 2016, at San Francisco, California. Fed. R. App. P. 34(a)(2).

IT IS SO ORDERED.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.