**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT H.M. DRISCOLL, M.D., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TODD SPENCER M.D. MEDICAL GROUP, INC., et al., <br><br> Defendants. | Case No.: 1:11-cv-01776-LJO-BAM <br><br> ORDER RE:  DEADLINE TO AMEND COMPLAINT <br><br> THIRTY-DAY DEADLINE |

   Plaintiff-relator Scott H.M. Driscoll, M.D., ("relator") brought this qui tam action against defendants Todd Spencer, M.D. Medical Group, Inc. ("the Spencer Group"); Todd Spencer, M.D. ("Dr. Spencer"); Madera Community Hospital ("Madera"); and Does 1 through 100 for alleged violations of the Federal False Claims Act ("FCA") and the California False Claims Act ("CFCA"). On December 3, 2013, the Court dismissed relator's first amended complaint with prejudice.  Relator appealed.

   On August 9, 2016, the United States Court of Appeals for the Ninth Circuit held that the Court erred in dismissing the operative complaint and reversed and remanded for further proceedings. On September 29, 2016, the appellate court issued its formal mandate.

   In light of the reversal and remand, the Court finds it appropriate to set a deadline for relator to file an amended complaint.  Accordingly, within thirty (30) days from the date of this order, relator

1

shall file a second amended complaint. Failure to file an amended complaint in compliance with this order will result in dismissal of the action for failure to prosecute. Defendants' response to the amended complaint, if any, shall be filed within 14 days after service of the amended pleading.

IT IS SO ORDERED.

Dated:   **October 3, 2016**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE