**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. SCOTT H.M. DRISCOLL, M.D., AND SCOTT H.M. DRISCOLL, M.D., individually and personally,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TODD SPENCER M.D. MEDICAL GROUP, et al.,**<br><br>**Defendants.** | **1:11-cv-1776-LJO-SMS**<br><br>**ORDER STAYING CASE** |

Counsel for Relator Dr. Scott H.M Driscoll has informed the Court that Dr. Driscoll has died. *See* Doc. 85. Counsel therefore requests that this case be stayed so that the United States and the State of California can decide whether they will prosecute this case. The request is GRANTED.

The Court ORDERS that:

1. This case is STAYED and all pending deadlines are VACATED;

2. The United States and the State of California have until February 10, 2017, to inform the Court whether either (or both) will prosecute this case; and

3. If neither intends to do so, counsel for Dr. Driscoll must inform the Court as soon as reasonably practical. The Court will then dismiss this case.

IT IS SO ORDERED.

Dated:   **January 12, 2017**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE