PHILLIP A. TALBERT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex relator* SCOTT H.M. DRISCOLL, M.D., and SCOTT H.M. DRISCOLL, M.D., individually and personally,<br><br>Plaintiffs,<br><br>v.<br><br>TODD SPENCER, M.D. MEDICAL GROUP, INC., TODD SPENCER, M.D., MADERA COMMUNITY HOSPITAL, SIERRA KINGS, DISTRICT HOSPITAL, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:11-cv-1776 LJO-SMS<br><br>**UNITED STATES' RESPONSE TO ORDER STAYING CASE** |

The United States hereby provides its response pursuant to the Court's Order Staying Case [Doc. 86], issued January 13, 2017. The United States will not be revisiting its previous decision to decline this matter, will not be pursuing this case, and consents to dismissal.

Dated: February 9, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By /s/ Vincente A. Tennerelli
VINCENTE A. TENNERELLI
Assistant United States Attorney

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on February 9, 2017, she served a copy of:

**UNITED STATES' RESPONSE TO ORDER STAYING CASE**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Daniel Robert Bartley
Bartley Law Offices
1999 South Bascom Avenue, Suite 700
Campbell, CA 95008-2205
Phone: 408-879-2643
Attorney for Relator, Scott Driscoll, M.D.

Elizabeth Voorhies
Deputy Attorney General
Office of the Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108
Phone: 619-688-7908
Attorney for State of California

Jerry D. Casheros
McCormick, Barstow, et al.
7647 N. Fresno Street
Fresno, CA 93720
Attorney for Todd Spencer, M.D.

Douglas Tucker
Amanda G. Hebesha
Tucker, Chiu, Hebesha & Ward PC
642 Pollasky Ave. Suite 230
Clovis, CA 93612
Attorneys for Madera Community Hospital

/s/ Joni L. Jones
JONI L. JONES