XAVIER BECERRA
Attorney General of California
NICHOLAS N. PAUL
Supervising Deputy Attorney General
ERIKA HIRAMATSU
Deputy Attorney General
State Bar No. 190883
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Suite 315
San Diego, CA 92108-4304
Telephone: (619) 688-7906
Fax: (619) 688-4200
E-mail: Erika.Hiramatsu@doj.ca.gov
*Attorneys for the State of California*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* SCOTT H.M. DRISCOLL, M.D. and SCOTT H.M. DRISCOLL, M.D., individually and personally,**<br><br>Plaintiff,<br><br>**v.**<br><br>**TODD SPENCER M.D. MEDICAL GROUP, *et al.*,**<br><br>Defendant. | Case No.: 1:11-cv-1776-LJO-SMS<br><br>**STATE OF CALIFORNIA'S RESPONSE TO ORDER STAYING CASE** |

Pursuant to this Court's January 13, 2017, Order Staying Case [Doc. 86], the State of California affirms its prior decision to not prosecute this case, and consents to dismissal.

Dated: February 10, 2017

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California

By: /s/ Erika Hiramatsu
ERIKA HIRAMATSU
Deputy Attorney General
*Attorneys for the State of California*

FR2011103216

# CERTIFICATE OF SERVICE

Case Name: **U.S. et al., ex rel. Scott H.M. Driscoll M.D. vs. Todd Spencer M.D. Medical Group, Inc., et al.**

Case No. **1:11-CV-01776 LJO SMS**

I hereby certify that on February 10, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE OF CALIFORNIA'S RESPONSE TO ORDER STAYING CASE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 10, 2017, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jerry D. Casheros
McCormick Barstow Sheppard Wayte & Carruth LLP
7647 N. Fresno Street
Fresno, CA 93720
T: (559) 433-1300
F: (559) 433-2300
Jerry.casheros@mccormickbarstow.com
Attorneys for Relator TODD SPENCER, M.D. MEDICAL GROUP, INC.; TODD SPENCER, M.D.

Daniel R. Bartley
Bartley Law Offices
Pruneyard Towers – South Tower
1999 South Bascom Avenue, Ste. 700
Campbell, CA 95008-2205
DanielBartleyLaw@aol.com
Attorneys for Relator SCOTT H.M. DRISCOLL, M.D.

Douglas Tucker, Esq.
Amanda Hebesha, Esq.
Tucker Chiu Hebesha Seymour PC
642 Pollasky Ave., Suite 230
Clovis, CA 93612
dtucker@tuckerchiulaw.com
ahebesha@TuckerChiuLaw.com
Attorneys for Defendant, MADERA COMMUNITY HOSPITAL

Vincente A. Tennerelli
Assistant U.S. Attorney
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721-1331
Vincente.tennerelli@usdoj.gov

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 10, 2017, at San Diego, California.

Roxann R. Jaggi
Declarant

R. Jaggi
Signature

FR2011103216
12585987.doc12585987.doc